UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ALLISON BEE,

                Plaintiff,

      -against-
                                       **NOTICE OF**
HOME DEPOT U.S.A., INC.,                  **APPEARANCE**

              Defendant        Docket no.: 07CIV4650
-----------------------------------------------------------x
COUNSELORS:

    PLEASE TAKE NOTICE, that the plaintiff, ALLISON BEE, hereby appears in the above entitled action, and that the undersigned has been retained as Attorneys for said Plaintiff and demand that all papers in this action be served upon the undersigned at the office and post office address stated below

Dated: New York, New York
       June 15, 2007

                                              Yours, etc.,

                                              ROBERT A. FLASTER, P.C.
                                              Attorney for Plaintiff(s)
                                              225 Broadway - Suite 1505
                                              New York, New York 10007
                                              212-349-6000

                                              By: _____
                                                  ROBERT A. FLASTER (RF0977)

TO:
D'AMATO & LYNCH
Attorneys for Defendant
70 Pine Street
New York, New York 10270
(212) 269-0927
**File No.: 434-74341**

ROBERT A. FLASTER, P.C.

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss :
COUNTY OF NEW YORK   )

BRYAN LURIE, being duly sworn, deposes and says: I am not a party to this action, I am over 18 years of age and reside in New York, New York.

That on June 15, 2007 I served the within **NOTICE OF APPEARANCE** upon:

D'AMATO & LYNCH
70 Pine Street
New York, New York 10270
(212) 269-0927

by depositing a true copy of same securely enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service with the State of New York.

_____
BRYAN LURIE

Sworn to before me on this
15th day of June, 2007

_____
Notary Public

ROBERT A. FLASTER
NOTARY PUBLIC, State Of New York
No. 02FL4736205
Qualified In New York County
Commission Expires November 30, 20__

Docket no : 07CIV4650
JUDGE PRESKA
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLISON BEE,

                                                               Plaintiff,

           -against-

HOME DEPOT U.S.A., INC.,

                                                            Defendant.

## NOTICE OF APPEARANCE

Signature (Rule 130-1.1-a)

Print name beneath          ROBERT A. FLASTER, ESQ.

*LAW OFFICES*
### ROBERT A. FLASTER P.C.
*Attorneys for Plaintiff(s)*
*Office and Post Office Address, Telephone*
*225 Broadway - Suite 1505*
*New York, New York 10007*
*(212) 349-6000*

To

Attorney(s) for Defendant

Service of a copy of the within                is hereby admitted

Dated

---

| NOTICE OF ENTRY | NOTICE OF SETTLEMENT |
|---|---|
| Sir  Please take note that the within is a certified true copy of an Order duly entered in the office of the clerk of the within named court on | Sir  Please take notice that an order of which the within is a true copy will be presented for settlement to the Honorable one of the judges of the within named court at |
| DATED | on          at        a m |
| TO | DATED |
| Attorney(s) for | To |
|  | Attorney(s) for |

*LAW OFFICES*
### ROBERT A. FLASTER, P.C.