UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALLISON BEE,

                Plaintiff,

      -against-

HOME DEPOT U.S.A., INC.,

               Defendant.
------------------------------------------------------------xd

Docket no.: 07CIV4650
JUDGE PRESKA

**DEMAND FOR TRIAL BY A JURY OF ALL ISSUES IN A CIVIL ACTION**

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK:**

    Plaintiff, ALLISON BEE, by her attorneys, ROBERT A. FLASTER, P.C., hereby demands that there be a trial by jury of all issues raised in this litigation. This is a civil action.

Dated: New York, New York
       April 23, 2007

                          Yours, etc.,

                          ROBERT A. FLASTER, P.C.
                          Attorney for Plaintiff(s)
                          225 Broadway - Suite 1505
                          New York, New York 10007
                          212-349-6000

                          By: _____
                             ROBERT A. FLASTER (RF0977)

TO:
D'AMATO & LYNCH
Attorneys for Defendant
70 Pine Street
New York, New York 10270
(212) 269-0927
**File No.: 434-74341**

ROBERT A. FLASTER, P C

AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )ss.:
COUNTY OF NEW YORK       )

BRYAN LURIE, being duly sworn, deposes and says: I am not a party to this action, I am over 18 years of age and reside in New York, New York.

That on June 14, 2007 I served the within **DEMAND FOR TRIAL BY A JURY OF ALL ISSUES IN A CIVIL ACTION** upon:

D'AMATO & LYNCH
70 Pine Street
New York, New York 10270
(212) 269-0927

by depositing a true copy of same securely enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service with the State of New York

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　BRYAN LURIE

Sworn to before me on this
14th day of June, 2007

_____
Notary Public

ROBERT A. FLASTER
NOTARY PUBLIC, State Of New York
No. 02FL4736205
Qualified In New York County
Commission Expires November 30, 20 09

Docket no : 07CIV4650
JUDGE PRESKA
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLISON BEE,

                                      Plaintiff,

        -against-

HOME DEPOT U S A., INC,

                                      Defendant.

## DEMAND FOR TRIAL BY A JURY OF ALL ISSUES IN A CIVIL ACTION

Signature (Rule 130-1.1-a)

Print name beneath         ROBERT A. FLASTER, ESQ.

### LAW OFFICES
### *ROBERT A. FLASTER P.C.*

*Attorneys for Plaintiff(s)*
*Office and Post Office Address, Telephone*
*225 Broadway - Suite 1505*
*New York, New York 10007*
*(212) 349-6000*

To

Attorney(s) for Defendant

Service of a copy of the within                  is hereby admitted

Dated

---

NOTICE OF ENTRY                                    NOTICE OF SETTLEMENT

Sir. Please take note that the within is a certified true copy of an Order duly entered in the office of the clerk of the within named court on

DATED

TO

Attorney(s) for

Sir Please take notice that an order, of which the within is a true copy will be presented for settlement to the Honorable
one of the judges of the within named court at
on                 at         a m

DATED

To

Attorney(s) for

### LAW OFFICES
### *ROBERT A. FLASTER, P.C.*