# AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK   )

       JENISE D. HAYES, being duly sworn, deposes and says:

       Deponent is not a party to the action, is over 18 years of age and resides in Brooklyn, New York. On June 11, 2007 deponent served the within **NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK** upon:

    Clerk of the Court
    Supreme Court of the State of New York
    County of Bronx
    851 Grand Concourse
    Bronx, New York 10451

    Robert A. Flaster, P.C.
    Attorneys for Plaintiff
    ALLISON BEE
    225 Broadway –Suite 1505
    New York, New York 10007

by depositing true copies of same in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, properly addressed to said attorneys at the above addresses designated by them for that purpose.

                                                  _____
                                                  JENISE D. HAYES

Sworn to before me this
12th of June, 2007

_____
      Notary Public

                      LAURIE P. BEATUS
              NOTARY PUBLIC, STATE OF NEW YORK
                    No. 02BE6060895
                Qualified in New York County
              Commission Expires July 2, 20__

#270164v1