UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
ALLISON BEE,                                    :

           Plaintiff,                  :        **ORDER FOR CONFERENCE**
                                  **PURSUANT TO RULE 16(a)**
    -v.-                                        :
                                  :        07 Civ. 4650(LAP)(FM)
HOME DEPOT U.S.A., INC.,                        :

           Defendant.                  :
:
-------------------------------------------------------------x

**FRANK MAAS**
**UNITED STATES MAGISTRATE JUDGE.**

       This action is scheduled for an initial case management conference in accordance with

Fed. R. Civ. P. 16(a), on August 21, 2007, at 11:30 a.m., in Courtroom 20A, 500 Pearl Street,

New York, New York.

       **AT THE CONFERENCE**, the parties must be prepared to discuss the subjects set forth

in subdivisions (b) and (c) of Rule 16.

       **THREE BUSINESS DAYS PRIOR TO THE CONFERENCE**, the parties shall

submit a proposed Scheduling Order to the Court in WordPerfect format. The proposed order is

to be e-mailed to maasnysdchambers@nysd.uscourts.gov , and shall contain the following:

    1.    the date of the conference and the appearances for the parties; including the

          individual attorney's name, the law firm's name, the party(ies) represented,

          business address, and business phone number;

    2.    a concise statement of the issues as they then appear;

    3.    a schedule including:

        a.    the names of persons to be deposed and a schedule of planned depositions;

    b.       a schedule for the production of documents;

    c.       dates by which (i) each expert's report* will be supplied to the adversary,

and (ii) each expert's deposition will be completed;

    d.       a date prior to the conclusion of discovery when a telephonic status

conference with counsel to the parties and the Court will be held;

    e.       a date when discovery is to be completed;

    f.       a date following the conclusion of discovery when a settlement conference

will be held;

    g.       the date by which pretrial motions, if any, will be filed;

    h.       the date by which plaintiff(s) will supply pretrial order materials to

defendant(s);

    i.       the date by which the parties will submit a joint pretrial order, which

should be in accordance with procedures of the judge before whom the

trial will be conducted; and

4.      a statement of any limitations to be placed on discovery, including any protective

or confidentiality orders;

5.      a statement of those discovery issues, if any, as to which counsel, after a good

faith effort, were unable to reach an agreement;

6.      anticipated fields of expert testimony, if any;

7.      anticipated length of trial and whether, and by whom, a jury has been requested;

---

*Each expert's report is to set forth not merely the expert's qualifications and conclusions, but also the facts on which the expert relies and the process of reasoning by which the expert's conclusions are reached.

8.    a statement that the Scheduling Order may be altered or amended only on a

showing of good cause not foreseeable at the time of the conference or when

justice so requires;

9.    provision for approval of the Court and signature line for the Court; and Plaintiff's

counsel is further directed to send a copy of the proposed Scheduling Order, via

facsimile, to the undersigned United States Magistrate Judge, at (212) 805-6724,

at least two business days before the scheduled conference.


SO ORDERED


Dated:  New York, New York
        July 26, 2007


                                        _____
                                        FRANK MAAS
                                        United States Magistrate Judge

Copies to:

Honorable Loretta A. Preska
United States District Judge

Jonathan Aron Fier, Esq.
225 Broadway, Suite 1505
New York, New York  10007
Via Facsimile @(212) 349-1146

Robert D. Lang, Esq.
D'Amato & Lynch
70 Pine Street
New York, New York  10270
Via Facsimile @(212) 269-3559