USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

ALLISON BEE,

                Plaintiff,

-against-

HOME DEPOT U.S.A., INC.,

                Defendant.
---------------------------------------------------------------X

Civil Action No.:
07 CV 4650 (LAP) (FM)

**STIPULATION OF DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
         August 7, 2007

LAW OFFICES OF
ROBERT A. FLASTER, P.C.

By: _____
ROBERT A. FLASTER, P.C.
Attorney for Plaintiff
ALLISON BEE
225 Broadway - Suite 1505
New York, New York 10007
(212) 349-6000

D'AMATO & LYNCH

By: _____
ROBERT D. LANG (RDL4144)
Attorneys for Defendant
HOME DEPOT U.S.A., INC.
70 Pine Street
New York, New York 10270
(212) 269-0927
Our File No.: 434-74341

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED
_____
LORETTA A. PRESKA, U.S.D.J.

August 7, 2007

#274215v1